# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

---

No. 1D2022-2908

---

LISA ANNE CORNELL,

    Appellant,

    v.

JOSEPH M. ALLEN and JOE
ALLEN LLC d/b/a JOE ALLEN
CONSTRUCTION,

    Appellees.

---

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

January 10, 2024

PER CURIAM.

AFFIRMED. *See Saia Motor Freight Line, Inc. v. Reid*, 930 So. 2d 598, 600 (Fla. 2006) (recognizing that Florida Rule of Civil Procedure 1.525 "establishe[s] a bright-line time requirement for motions for costs and attorney fees"); *Hovercraft of S. Fla., LLC v. Reynolds*, 211 So. 3d 1073, 1076 (Fla. 5th DCA 2017) (holding that a reservation of jurisdiction to award fees does not determine fee entitlement under *AmerUs Life Ins. Co. v. Lait*, 2 So. 3d 203 (Fla. 2009) to avoid the thirty-day filing requirement).

OSTERHAUS, C.J., and B.L. THOMAS and NORDBY, JJ., concur.

———————————————————

*__Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.__*

———————————————————

G. Ware Cornell of Cornell & Associates, P.A., Weston, for
Appellant.

Robert Emmett Anderson Jr. and Tim Kizzire II of Yeslow,
Koeppel & Anderson, P.A., Fort Myers, for Appellees.